DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**COMPREHENSIVE SPINE CENTER, PLLC** a/a/o **MAUREEN BAJON,**
Appellee.

No. 4D21-464

[July 7, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case Nos. COCE 17-357 and CACE 19-7022.

Garrett A. Tozier of Shutts & Bowen LLP, Tampa, and Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, for appellant.

John C. Daly and Matthew C. Barber of Daly & Barber, P.A., Plantation, for appellee.

**ON CONFESSION OF ERROR**

PER CURIAM.

Based on the Third District's recent decision in *Priority Medical Centers, LLC v. Allstate Insurance Co.*, No. 3D20-291, 2021 WL 1652024 (Fla. 3d DCA Apr. 28, 2021), appellee Comprehensive Spine Center, PLLC a/a/o Maureen Bajon filed a confession of error in this case. We accept the confession of error and reverse and remand for entry of final summary judgment in appellant Allstate's favor. *See Allstate Fire & Cas. Ins. Co. v. Katzell*, No. 4D21-1044, 2021 WL 2559656 (Fla. 4th DCA June 23, 2021); *Allstate Fire & Cas. Ins. Co. v. Downtown Surgery Ctr.*, No. 4D21-600, 2021 WL 2692184 (Fla. 4th DCA June 30, 2021).

*Reversed and remanded.*

CIKLIN, FORST, and KLINGENSMITH, JJ., concur.

\*          \*          \*

*FINAL UPON RELEASE; NO MOTION FOR REHEARING WILL BE ENTERTAINED; MANDATE ISSUED SIMULTANEOUSLY WITH OPINION.*